FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JAN -7 AM 11: 14

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVIS L. JOSEPH | CIVIL ACTION |
| VERSUS | NO. 09-7670 |
| NELSON COLEMAN CORR. CTR., ET AL. | SECTION: "D"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6 day of Jan, 2010.

_____
UNITED STATES DISTRICT JUDGE